```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE:                                                          CASE NO.: 23-22166-cgm

Virginia A. Sayegh a/k/a Virginia Tognetti,                     CHAPTER 13

                                    Debtor.                     Hon. Cecelia G. Morris
------------------------------------------------------------x
```

      Rebecca Harroun, being duly sworn, deposes and says: deponent is not a party to the action. Is over 18 years of age and resides in Niagara County in the State of New York.

      On July 28, 2023, I served the within Notice of Motion for Relief from the Automatic Stay and Motion for Relief from the Automatic Stay, with exhibits by depositing same in a postage-paid wrapped envelope to be delivered by the U.S. Postal Service, First Class Mail, on the following parties:

TO:    Virginia A. Sayegh
        28 Hillside Avenue
        Yonkers, NY 10703

        Seni Popat
        Law Office of Seni Popat, P.C.
        206-15 Hillside Avenue
        Ste Ground Floor
        Queens Village, NY 11427

        Krista M. Preuss
        Chapter 13 Standing Trustee
        399 Knollwood Road
        White Plains, NY 10603

        United States Trustee
        Office of the United States Trustee - NY
        Alexander Hamilton Custom House
        One Bowling Green, Room 534
        New York, NY 10004-1408

                                    Signature:   /s/ Rebecca Harroun
                                    Print Name: Rebecca Harroun
                                    Title:        Paralegal