UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE:

Virginia A. Sayegh a/k/a Virginia Tognetti,

                Debtor.
------------------------------------------------------------x

CASE NO.: 23-22166-cgm

CHAPTER 13

Hon. Cecelia G Morris

Hon. Cecelia G Morris: United States Bankruptcy Judge

    I, Michelle C. Marans, upon information and belief, hereby affirm that the debtor, is not an infant, incompetent, or in the military service.

                              By: /s/ Michelle C. Marans
                              Frenkel, Lambert, Weiss,
                              Weisman & Gordon, LLP
                              Michelle C. Marans, Esq.
                              53 Gibson Street
                              Bay Shore, New York 11706