# EXHIBIT B

Control Number            Instrument Type
**ASS**



# WESTCHESTER COUNTY RECORDING AND ENDORSEMENT PAGE
## (THIS PAGE FORMS PART OF THE INSTRUMENT)
### *** DO NOT REMOVE ***

THE FOLLOWING INSTRUMENT WAS ENDORSED FOR THE RECORD AS FOLLOWS:
TYPE OF INSTRUMENT: ASS - ASSIGNMENT
FEE PAGES: 4       TOTAL PAGES: 4

| RECORDING FEES | |
|---|---|
| STATUTORY CHARGE | $6.00 |
| RECORDING CHARGE | $12.00 |
| RECORD MGT. FUND | $19.00 |
| RP 5217 | $0.00 |
| TP-584 | $0.00 |
| CROSS REFERENCE | $0.50 |
| MISCELLANEOUS | $0.00 |
| TOTAL FEES PAID | $37.50 |

| MORTGAGE TAXES | |
|---|---|
| MORTGAGE DATE | |
| MORTGAGE AMOUNT | $0.00 |
| EXEMPT | |
| COUNTY TAX | $0.00 |
| YONKERS TAX | $0.00 |
| BASIC | $0.00 |
| ADDITIONAL | $0.00 |
| MTA | $0.00 |
| SPECIAL | $0.00 |
| TOTAL PAID | $0.00 |

| TRANSFER TAXES | |
|---|---|
| CONSIDERATION | $0.00 |
| TAX PAID | $0.00 |
| TRANSFER TAX # | |

SERIAL NUMBER:
DWELLING:

RECORDING DATE: 10/7/2008
TIME: 11:32:00

THE PROPERTY IS SITUATED IN
WESTCHESTER COUNTY, NEW YORK IN THE:
CITY OF YONKERS

WITNESS MY HAND AND OFFICIAL SEAL

*[signature]*

TIMOTHY C. IDONI
WESTCHESTER COUNTY CLERK

Record & Return to:
AMERICAN RELEASE CORP
P O BOX 458

KIMBERLING CITY, MO 65686



Recording Requested By:
AMERICAN RELEASE CORPORATION

When Recorded Return To:

AMERICAN RELEASE CORPORATION
PO BOX 458
KIMBERLING CITY, MO 65686

## CORPORATE ASSIGNMENT OF MORTGAGE

Westchester, New York
SELLER'S SERVICING #: ███████ "SAYEGH"
SELLER'S LENDER Id#: F01

Date of Assignment: April 15th, 2005
Assignor: COLUMBIA EQUITIES, LTD. at 400 COLUMBUS AVENUE, VALHALLA, NY 10595
Assignee: SELECT PORTFOLIO SERVICING, INC. FKA FAIRBANKS CAPITAL CORP. at 3815 SOUTH WEST TEMPLE, SALT LAKE CITY, UT 84115

Executed By: VIRGINIA SAYEGH To: COLUMBIA EQUITIES, LTD.
Date of Mortgage: 06/21/2002 Recorded: 08/22/2002 in Book/Real/Liber: N/A Page/Folio: N/A as Instrument No.: 422260991 in Westchester, New York

Property Address: 28 HILLSIDE AVENUE, CITY OF YONKERS, YONKERS, NY 10703
S-B-L 3-3069-76
This Assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of TEN and NO/100ths DOLLARS and other good and valuable consideration, paid to the above named Assignor, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage together with the Note or other evidence of indebtedness (the "Note"), said Note having an original principal sum of $295,000.00 with interest, secured thereby, together with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage and Note, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage and Note. IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written:

COLUMBIA EQUITIES, LTD.
On April 26, 2005

By: _____
MITCHELL S. LEVINE, VICE PRESIDENT

STATE OF NEW YORK
COUNTY OF WESTCHESTER

On the 26th day of April in the year 2005 before me, the undersigned, personally appeared MITCHELL S. LEVINE, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is(are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individuals(s) made such appearance before the undersigned in the County of WESTCHESTER, State of NEW YORK.

WITNESS my hand and official seal,

_____
Notary Expires:
State of _____ County of _____

ESTELLE H. BRILL
Notary Public, State of New York
No. 44-4650424
Qualified in Rockland County
My Commission Expires Nov. 30, 20__

(This area for notarial seal)

Pillar Processing, LLC
220 Northpointe Pkwy., Suite B
Amherst, NY 14228

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGEMENT

STATE OF CALIFORNIA
COUNTY OF ORANGE

On **April 21, 2005** before me the undersigned **Marisa G. Carrasco** A Notary Public in and for Orange County and the State of California, personally appeared **Magda Villanueva, A.V.P/Shipping Manager of New Century Mortgage**, who proved to me on the basis of satisfactory evidence to be the persons whose names are subscribed to the within instrument and acknowledged to me that their authorized capacities, and that by their signatures on the instrument the persons, or the entity upon behalf of which the persons acted, executed the instrument.

Witness my hand and official seal

*[signature]*

Signature of Notary Public

MARISA G. CARRASCO
Commission # 1405482
Notary Public - California
Orange County
My Comm. Expires Mar 15, 2007

Marisa G. Carrasco
COMMISSION # 1405482
COMMISSION EXPIRES:
March 15, 2007

# WESTCHESTER COUNTY CLERK RECORDING SHEET
110 Dr. Martin Luther King, Jr. Boulevard    White Plains, NY 10601

**THIS FORM MUST BE COMPLETED AND SUBMITTED WITH EACH DOCUMENT**

This page is part of the instrument; the County Clerk will rely on the information provided on this page for purposes of indexing this document. To the best of the submitter's knowledge the information contained on this Recording Sheet is consistent with the information contained in the attached document.

**SUBMITTER INFORMATION:**
- Company:
- Title Number: [redacted]
- Address: Pillar Processing, LLC
- 220 Northpointe Pkwy., Suite B
- City: Amherst, NY 14228
- Zip:
- Telephone:
- Attention:

**Document type:** Mortgage Assignment
**# of pages:** 2

**Mortgage Amount:** On page ___ of document $ _____
OR
**Consideration/Conveyance Amt:** $ _____

**Dwelling Type:** For Mortgage Only
On page ___ of document
- ☐ 1 to 2 family
- ☐ 1 to 6 family
- ☐ Not 1 to 6 family

**1st party name(s)** (i.e. grantor/mortgagor) On page ___ of document — Business Entity
- Columbia Equities ☐

Check if submitted:
- ☐ RP-5217 - ☐ $75 ☐ $165
- ☐ TP-584 - Type of property conveyed [1 through 8]
- ☐ TP-584.1    ☐ IT-2663

**2nd party name(s)** (i.e. grantee/mortgagee) On page ___ of document — Business Entity
- Select Portfolio Servicing ☐

**TAXES PAID:** Amount    Reference # Or Check #
- Mortgage Tax $ _____
- Transfer Tax $ _____
- Mansion Tax $ _____

**RECORDING FEES PAID:** Amount    Reference # or Check #
$ _____

**Tax designation** (Section, Block & Lot) On page ___ of document
3-3069-76

**MORTGAGE TAX AFFIDAVITS SUBMITTED:**
- ☐ 252 ☐ 255 ☐ 280   Other: _____
- ☐ 253 ☐ 260 ☐ 339-ee

**City(ies) or Town(s) for Property Description** On page ___ of document
Yonkers

**Cross Reference(s):** On page ___ of document

**Property Description** – If required, check the one contained within the document. On page ___ of document
- ☐ Metes & bounds
- ☐ Lot number on map filed in the Office of the County Clerk
- ☐ Refer to deed recorded in the Office of the County Clerk

**Record and Return To:**
Pillar Processing, LLC
220 Northpointe Pkwy., Suite B
Amherst, NY 14228

LandRecords/Coversheet.doc   revised 08/30/05